# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLMBUS

GS HOLISTIC, LLC,

    Plaintiff,

-vs-

COLUMBUS SMOKE SHOP, LLC, et al.,

    Defendants.

Case No. 2:23-cv-3218

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Complaint is DISMISSED without prejudice as to Defendant Mohamed Al Morissi.

June 25, 2024.

*Walter H. Rice*
Walter H. Rice
United States District Judge